UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA          '08 MJ 8664

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Magistrate Case No.: |
| ) | |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF |
| ) | |
| v. ) | 21 U.S.C. § 952 and 960 |
| ) | Importation of a Controlled |
| Ignacio MIRAMONTES-Pesqueria, ) | Substance (Felony) |
| ) | |
| Defendant. ) | |

The undersigned complainant being duly sworn states:

That on or about July 19, 2008, within the Southern District of California, defendant Ignacio MIRAMONTES-Pesqueira did knowingly and intentionally import approximately 29.08 kilograms (63.97 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof, in violation of Title 21, United States Code, Sections 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Hugo A. Leon
Special Agent
U. S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 21ST DAY OF JULY 2008.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA

v.

Ignacio MIRAMONTES-Pesqueira

**PROBABLE CAUSE STATEMENT**

I, Special Agent Lance Swanson, declare under penalty of perjury, the following is true and correct:

On July 19, 2008 at approximately 1426 hours, Ignacio MIRAMONTES-Pesqueira entered the United States at the Calexico, California, West Port of Entry. MIRAMONTES was the sole occupant driver and owner of a 1999 Chevy Lumina.

During the primary inspection Customs and Border Protection Officer (CBPO) D. Torres received a negative Customs Declaration from MIRAMONTES. MIRAMONTES identified himself as a United States Citizen using a California identification and birth certificate. MIRAMONTES told the officer that he was the owner of the vehicle, and had owned it for several months.

While inspecting the vehicle, CBPO D. Torres noticed that MIRAMONTES was wearing dark sunglasses and appeared to be avoiding eye contact. When asked to open the trunk by CBPO D. Torres, MIRAMONTES opened the glove box to look for the trunk switch, but found there was no such switch. MIRAMONTES then checked the driver's side floorboard area for the switch and again did not find one. MIRAMONTES finally took the keys out of the ignition and opened the trunk. CBPO D. Torres asked MIRAMONTES from whom he bought the vehicle. MIRAMONTES replied a friend name Carlos, but did not know a last name. CBPO D. Torres also noticed a new lining material under the dashboard that was out of place. CBPO D. Torres escorted MIRAMONTES and the vehicle to secondary inspection.

In the vehicle secondary lot, CBP K-9 Officer S. Barela was asked to screen the vehicle with his Narcotics Detection Dog (NDD). CBP K-9 Officer K. S. Barela received an alert from his NDD on the front bumper of the vehicle.

Upon further inspection, CBPO D. Torres discovered twenty-eight (28) packages concealed in both front fenders of the vehicle. One of the packages was probed and a sample of a green leafy substance was obtained, which field tested positive for marijuana. The 28 packages had a combined net weight of approximately 29.08 kilograms (63.97 pounds).

Executed on 07/19/08 @ 7:31 pm

_____
Lance Swanson
Special Agent

One the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on July 19, 2008 in violation of Title 21, United States Code, Sections 952 & 960.

_____        07/20/08 · 1125 Am
United States Magistrate Judge                Date/Time