1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:   (619) 234-8467
4  Facsimile:   (619) 687-2666
   Email:       David_Peterson@fd.org

6  Attorneys for Defendant

8                      UNITED STATES DISTRICT COURT
9                     SOUTHERN DISTRICT OF CALIFORNIA
10                    **(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 08MJ2214 |
| Plaintiff, | |
| v. | |
| FERNANDO HERNANDEZ-MONTIEL, | **NOTICE OF APPEARANCE** |
| Defendant. | |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                        Respectfully submitted,

Dated: July 24, 2008                    */s/ DAVID M. C. PETERSON*
                                        DAVID M.C. PETERSON
                                        Federal Defenders of San Diego, Inc.
                                        Attorneys for Defendant
                                        David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  July 24, 2008              /s/ *DAVID M. C. PETERSON*
                                   DAVID M.C. PETERSON
                                   Federal Defenders of San Diego, Inc.
                                   225 Broadway, Suite 900
                                   San Diego, CA  92101-5030
                                   (619) 234-8467  (tel)
                                   (619) 687-2666  (fax)
                                   David_Peterson@fd.org (email)