1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:     (619) 234-8467
4  Facsimile:      (619) 687-2666
   Email:           David_Peterson@fd.org

6  Attorneys for Defendant

8                         UNITED STATES DISTRICT COURT

9                       SOUTHERN DISTRICT OF CALIFORNIA

10                          **(HONORABLE LOUISA S. PORTER)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. 08MJ8664 |
|             Plaintiff, | ) |
| v. | ) |
|  | ) **NOTICE OF APPEARANCE** |
| IGNACIO MIRAMONTES-PESQUERIA, | ) |
|             Defendant. | ) |

Pursuant to implementation of the CM/EMF procedures in the Southern District of California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney in the above-captioned case.

                                                    Respectfully submitted,

Dated: July 24, 2008                                */s/ DAVID M. C. PETERSON*
                                                    DAVID M.C. PETERSON
                                                    Federal Defenders of San Diego, Inc.
                                                    Attorneys for Defendant
                                                    David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 24, 2008                              /s/ *DAVID M. C. PETERSON*
                                                                    DAVID M.C. PETERSON
                                                                    Federal Defenders of San Diego, Inc.
                                                                    225 Broadway, Suite 900
                                                                    San Diego, CA  92101-5030
                                                                    (619) 234-8467  (tel)
                                                                    (619) 687-2666  (fax)
                                                                    David_Peterson@fd.org (email)