**DAVID M.C. PETERSON**
California Bar No. 254498
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone:    (619) 234-8467
Facsimile:    (619) 687-2666
Email:        David_Peterson@fd.org

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LOUISA S. PORTER)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 08MJ8664 |
| Plaintiff, | ) | |
| v. | ) | **NOTICE OF WITHDRAWAL** |
| IGNACIO MIRAMONTES-PESQUERIA, | ) | |
| Defendant. | ) | |

Notice is hereby given by David M.C. Peterson, Federal Defenders of San Diego, Inc., that the following document is withdrawn from the record in the above-captioned case:

    Document:    *Notice of Attorney Appearance*

    File Date:    July 24, 2008

    Docket #:    5

    Respectfully submitted,

Dated: July 24, 2008      /s/ *DAVID M.C. PETERSON*
    Federal Defenders of San Diego, Inc.
    Attorneys for Defendant
    David_Peterson@fd.org

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: July 24, 2008         /s/ *DAVID M.C. PETERSON*
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
Janet_Tung@fd.org (email)

2