

1
2
3
4
5
6
7               UNITED STATES DISTRICT COURT
8              SOUTHERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,    )   Criminal Case No. 08cr2755-L
                                )
10          Plaintiff,           )   I N F O R M A T I O N
                                )
11     v.                        )   Title 21, U.S.C., Secs. 952 and
                                )   960 - Importation of Marijuana
12  IGNACIO MIRAMONTES-PESQUERIA, )   (Felony)
                                )
13          Defendant.           )
                                )
14 _____

15     The United States Attorney charges:

16     On or about July 19, 2008, within the Southern District of

17 California, defendant IGNACIO MIRAMONTES-PESQUERIA, did knowingly and

18 intentionally import approximately 29.08 kilograms (63.97 pounds) of

19 Marijuana, a Schedule I Controlled Substance, into the United States

20 from a place outside thereof; in violation of Title 21, United States

21 Code, Sections 952 and 960.

22     DATED: Aug 14, 2008.

23                                   KAREN P. HEWITT
                                    United States Attorney
24
25
26                                   CHARLOTTE E. KAISER
                                    Assistant U.S. Attorney
27

28 CEK:jam:Imperial
   8/14/08